**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-7232**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

RONALD DAWSON, a/k/a Tree,

                    Defendant - Appellant.


───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:06-cr-00061-FL-1)

───────────

Submitted:  February 9, 2012      Decided:  February 14, 2012

───────────

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Ronald Dawson, Appellant Pro Se. Edward D. Gray, Jennifer P.
May-Parker, Rudolf A. Renfer, Jr., Assistant United States
Attorneys, Raleigh, North Carolina, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Dawson appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Dawson, No. 5:06-cr-00061-FL-1 (E.D.N.C. Sept. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2